UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA                    CASE NO.  3:11-cr-0024 CMK

        vs.                                          ORDER TO PAY

ROBERT A. REYNOLDS

The Defendant, having been found guilty of Count II, after entry of a guilty plea thereto, is

ORDERED TO PAY THE FOLLOWING:

| | | |
|---|---|---|
| Count I   | Fine: $ 475.00  | Assessment: $ 25.00 |
| Count II  | Fine: $_____ | Assessment: $_____ |
| Count III | Fine: $_____ | Assessment: $_____ |
| Count IV  | Fine: $_____ | Assessment: $_____ |
| Count V   | Fine: $_____ | Assessment: $_____ |

(X )   FINE TOTAL OF $475.00 and a penalty assessment of $25.00 for a total of $500 payable in full within thirty days. Said payment to be made to the U.S. District Court Clerk, 501 I Street, Sacramento, CA 95814.


DATED: August 30, 2011

                                                                                 _____
                                                                       **CRAIG M. KELLISON**
                                                             UNITED STATES MAGISTRATE JUDGE